HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:25-cv-2294-RAJ |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| 34 ACRES OF LAND, More or Less, located in Whatcom County, Washington, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Warrant of Arrest *In Rem* (the "Motion," Dkt. # 2).  The Court has reviewed the Motion and the balance of the record, including the letter filed with the Court by interested party Jagroop Singh Gill claiming an interest in the subject land and requesting an extension of time "to address and resolve this situation" on the basis of "[i]nadequate time to obtain proper counsel, to arrange satisfactory payment discussion, to obtain actual amount requested by EPA." Dkt. # 4 at 1.  Several months have elapsed since the filing of this letter, and no counsel has appeared on behalf of the Defendant or any interested party during this time.

ORDER - 1

Accordingly, the Court orders Defendant to show cause why the Motion should not be granted. Defendant shall file a written response, not to exceed five (5) pages, on or before **May 29, 2026**. If no response is filed by this date, the Court will grant the Motion.

Dated this 20th day of May, 2026.

The Honorable Richard A. Jones
United States District Judge

ORDER - 2